NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**NEWEGG INC.,**
*Defendant-Appellant.*

---

2011-1009

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0511, Judge Leonard Davis.

---

**ON MOTION**

---

**ORDER**

Kent E. Baldauf, Jr. moves to withdraw as principal counsel for Newegg Inc but to remain as counsel of record and to substitute Edward R. Reines as principal counsel for Newegg. The court notes that Edward R. Reines' December 16, 2010 motion to withdraw Kent E. Baldauf Jr. and to substitute Edward R. Reines as principal counsel was granted on February 7, 2011.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

FEB 0 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Edward R. Reines, Esq.
Kent E. Baldauf, Jr., Esq.
Paul J. Ripp, Esq.
Michael Nicodema, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 0 9 2011**

**JAN HORBALY**
**CLERK**